UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

VICKI RONGEY WILLARD, *individually and on behalf* :
*of all others similarly situated*,               :

                                         :          19-CV-10326 (JMF)

                    Plaintiff,      :

                                         :        ORDER REGARDING
        -v-                       :    NOTICE TO PURPORTED
                                         :      PLAINTIFF CLASS
UP FINTECH HOLDING LIMITED et al.,    :        MEMBERS

                Defendants.    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 6, 2019, Plaintiff filed a putative class action on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (a) Fintech American Depository Shares ("ADSs") pursuant and/or traceable to UP Fintech Holding Limited's initial public offering conducted on or about March 20, 2019; or (b) Fintech securities between March 20, 2019 and May 16, 2019, both dates inclusive.  ECF No. 1. ("Compl."), ¶ 1.  The Complaint alleges violations of Sections 11, 15, 10(b), and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than December 5, 2019**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated:  November 8, 2019
        New York, New York                    _____
                                            JESSE M. FURMAN
                                      United States District Judge