**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| VICKI RONGEY WILLARD, Individually and On Behalf of All Others Similarly Situated, |
| Plaintiff, |
| UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, and VINCENT CHUN HUNG CHEUNG. |
| Defendants, |

Case No. 1:19-cv-10326-JMF

**NOTICE OF WITHDRAWAL OF RAYMOND WONG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Raymond Wong ("Movant") respectfully withdraws his motion for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of his selection of Lead Counsel. On January 6, 2020, Movant timely filed a motion for appointment as Lead Plaintiff and approval of selection of counsel, stating that he suffered losses of approximately $55,320.00 in financial losses in connection with his purchases of UP Fintech Holding Limited ("Fintech" or the "Company") securities from March 20, 2019 through May 16, 2019, inclusive. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action. Having reviewed the competing lead plaintiff motions, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15

U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on the Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, or his ability to serve as Lead Plaintiff should the need arise.

Dated: January 21, 2020                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Counsel for Movant*

2