UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKEY RONGEY WILLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, XIAN WANG, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., AMTD GLOBAL MARKETS LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, and TOP CAPITAL PARTNERS LIMITED.<br><br>   Defendants. | Case No. 1:19-cv-10326-JMF<br><br><br><br>CLASS ACTION |

**NOTICE OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT ON BEHALF OF DEFENDANTS UP FINTECH HOLDING LIMITED, CITIGROUP GLOBAL MARKETS INC., AND DEUTSCHE BANK SECURITIES INC.**

PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint, filed March 24, 2020 (ECF No. 32); the Memorandum of Law, dated May 8, 2020, submitted herewith; the Declaration of Michael B. Carlinsky, dated May 8, 2020, and exhibits thereto, submitted herewith; and upon all prior papers and proceedings herein, Defendants UP Fintech Holding Limited, Citigroup Global Markets Inc., and Deutsche Bank Securities Inc. will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the

Amended Class Action Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule (ECF No. 31), entered February 3, 2020, Plaintiffs' memorandum of law in opposition, if any, must be served on the undersigned counsel by June 22, 2020.

Dated: New York, New York
       May 8, 2020

Respectfully submitted,

| By: */s/ Michael B. Carlinsky* | By: */s/ Susannah S. Geltman* |
|---|---|
| Michael B. Carlinsky | Susannah S. Geltman |
| Xiao Liu | Anthony C. Piccirillo |
| Jacob J. Waldman | **SIMPSON THACHER &** |
| **QUINN EMANUEL URQUHART** | **BARTLETT LLP** |
| **& SULLIVAN, LLP** | 425 Lexington Avenue |
| 51 Madison Avenue, 22nd Floor | New York, NY 10017 |
| New York, NY 10010 | Telephone:  (212) 455-2000 |
| Telephone:  (212) 849-7000 | sgeltman@stblaw.com |
| michaelcarlinsky@quinnemanuel.com | anthony.piccirillo@stblaw.com |
| xiaoliu@quinnemanuel.com | |
| jacobwaldman@quinnemanuel.com | |
| | |
| *Attorneys for Defendants UP Fintech Holding Limited* | *Attorneys for Defendants Citigroup Global Markets Inc. and Deutsche Bank Securities Inc.* |