# EXHIBIT B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of August 2019**

**Commission File Number: 001-38833**

---

# UP Fintech Holding Limited

---

**18/F, Grandyvic Building, No. 16 Taiyanggong Middle Road, Chaoyang District**
**Beijing, 100028**
**People's Republic of China**
(Address of principal executive offices)

---

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**UP Fintech Holding Limited**

By:      */s/ John Fei Zeng*
Name:    John Fei Zeng
Title:     Chief Financial Officer

Date: August 23, 2019

2

**Selected Operating Data for Second Quarter 2019**

| | As of and for the three months ended | | |
| --- | --- | --- | --- |
| | June 30, 2018 | March 31, 2019 | June 30, 2019 |
| **In 000's** | | | |
| Number of customer accounts | 321.1 | 534.0 | 576.9 |
| Number of customers with deposits | 59.8 | 87.6 | 95.0 |
| Number of trading customers | 53.6 | 81.8 | 88.9 |
| | | | |
| **In USD millions** | | | |
| Trading volume | 21,395.3 | 27,862.8 | 24,370.0 |
| Total account balance | 2,033.5 | 3,057.0 | 3,557.1 |

**Second Quarter 2019 Financial Results**

*REVENUES*

Total revenues for the second quarter of 2019 were US$12.9 million, which represented an increase of 88.0% from US$6.9 million in the second quarter of 2018. This increase was driven by higher commissions, financing service fees, interest income and other revenues (primarily from IPO distribution services).

Commissions were US$6.8 million in the second quarter of 2019, a 30.7% increase from US$5.2 million in the second quarter of 2018. This was due to an increase in the trading volume compared to the same period last year and an increase in blended commission rates.

Financing service fees increased by 23.0% from US$1.6 million in the second quarter of 2018 to US$1.9 million in the second quarter of 2019, primarily due to an increase in margin trading activities.

Interest income increased from nil in the second quarter of 2018 to US$2.6 million in the second quarter of 2019. The increase was due to increased margin trading activities and more consolidated account customers versus the same quarter last year.

Other revenues increased by 1170.6% from US$0.1 million in the second quarter of 2018 to US$1.6 million in the second quarter of 2019 due to the increases of fees generated from IPO subscription services, promotional services and employee stock ownership plan ("ESOP") administration services.

Interest expense increased from nil in the second quarter of 2018 to US$1.0 million in the second quarter of 2019. The interest expense was associated with interest income generated from our customers' consolidated accounts.

*OPERATING COSTS AND EXPENSES*

Total operating costs and expenses for the second quarter of 2019 decreased by 65.6% to US$15.1 million from US$44.0 million in the second quarter of 2018, primarily due to the significant decrease in employee compensation and benefits.

Execution and clearing expenses increased by 1641.5% from US$34 thousand in the second quarter of 2018 to US$0.6 million in the second quarter of 2019 as we have more consolidated account customers.

Employee compensation and benefits expenses decreased by 78.7% from US$38.3 million in the second quarter of 2018 to US$8.1 million in the second quarter of 2019. This decrease was primarily due to a one-time share-based compensation expense of US$32.4 million in the second quarter of 2018. Excluding this one-time expense, employee compensation and benefits increased from US$5.9 million to US$8.1 million, an increase of 37.3% due to headcount growth from 344 in the same quarter last year to 520 in the second quarter of 2019.