# EXHIBIT C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of November 2019**

**Commission File Number: 001-38833**

---

# UP Fintech Holding Limited

---

**18/F, Grandyvic Building, No. 16 Taiyanggong Middle Road, Chaoyang District**
**Beijing, 100020**
**People's Republic of China**
(Address of principal executive offices)

---

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒      Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):☐

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**UP Fintech Holding Limited**

By:       */s/ John Fei Zeng*
Name:    John Fei Zeng
Title:     Chief Financial Officer

Date: November 25, 2019

2

**Selected Operating Data for Third Quarter 2019**

| | As of and for the three months ended | | |
| --- | --- | --- | --- |
| | September 30, 2018 | June 30, 2019 | September 30, 2019 |
| **In 000's** | | | |
| Number of customer accounts | 456.4 | 576.9 | 606.7 |
| Number of customers with deposits | 75.5 | 95.0 | 101.9 |
| Number of trading customers | 69.2 | 88.9 | 93.3 |
| | | | |
| **In USD millions** | | | |
| Trading volume | 32,628.3 | 24,370.0 | 25,760.8 |
| Total account balance | 2,576.4 | 3,557.1 | 3,789.2 |

**Third Quarter 2019 Financial Results**

*REVENUES*

Total revenues were US$15.3 million, which represented an increase of 66.8% from US$9.2 million in the third quarter of 2018. This increase was driven by higher interest income and other revenues (primarily from IPO distribution services).

Commissions were US$6.2 million, a 12.7% decrease from US$7.2 million in the third quarter of 2018. This was due to a decrease in trading volume compared to the same period last year.

Financing service fees were US$1.90 million, a slight increase of 2.2% from US$1.86 million in the third quarter of 2018.

Interest income was US$5.1 million and increased from US$20.0 thousand in the third quarter of 2018. The increase was due to increased margin trading activities and more consolidated account customers versus the same quarter last year.

Other revenues were US$2.1 million, an increase of 1259.7% from US$0.2 million in the third quarter of 2018. The increase was primarily due to higher revenue from IPO distribution and employee stock ownership plan ("ESOP") administration services.

Interest expense was US$1.4 million, an increase from nil in the third quarter of 2018. The interest expense was associated with interest income generated from our customers' consolidated accounts.

*OPERATING COSTS AND EXPENSES*

Total operating costs and expenses were US$16.5 million, an increase of 26.2% from US$13.1 million in the third quarter of 2018.

Execution and clearing expenses were US$0.7 million, an increase of 613.0% from US$0.1 million in the third quarter of 2018, primarily due to the increase in our consolidated account customers.

3