# EXHIBIT D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934**

---

**For the month of March 2020**

**Commission File Number: 001-38833**

---

# UP Fintech Holding Limited

---

**18/F, Grandyvic Building, No. 16 Taiyanggong Middle Road, Chaoyang District**
**Beijing, 100020**
**People's Republic of China**
(Address of principal executive offices)

---

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F x   Form 40-F o

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): o

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): o

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**UP Fintech Holding Limited**

By:     */s/ John Fei Zeng*

Name:   John Fei Zeng

Title:    Chief Financial Officer

Date: March 25, 2020

2

*REVENUES*

Total revenues were US$20.0 million, representing an increase of 109.9% from US$9.5 million in the fourth quarter of 2018. This increase was driven by higher interest income and IPO underwriting.

Commissions were US$7.3 million, a 3.5% increase from US$7.1 million in the fourth quarter of 2018.

Financing service fees were US$2.0 million, an increase of 18.1% from US$1.7 million in the fourth quarter of 2018 due to increased margin trading activities.

Interest income was US$5.5 million in the fourth quarter of 2019 compared to US$52.8 thousand in the fourth quarter of 2018, also due to increased margin trading activities and more consolidated account customers compared to the same quarter last year.

Other revenues were US$5.1 million, an increase of 676.6% from US$0.7 million in the fourth quarter of 2018. The increase was primarily due to higher revenue from IPO distribution services.

Interest expense was US$1.5 million, an increase from nil in the fourth quarter of 2018. The interest expense increased as a result of the rapid growth of consolidated account customers compared to the fourth quarter of 2018.

*OPERATING COSTS AND EXPENSES*

Total operating costs and expenses were US$19.1 million, an increase of 46.1% from US$13.1 million in the fourth quarter of 2018.

Execution and clearing expenses were US$0.9 million, an increase of 825.7% from US$0.1 million in the fourth quarter of 2018, due to an increase in the number of consolidated accounts.

Employee compensation and benefits expenses were US$10.6 million, an increase of 60.7% from US$6.6 million in the fourth quarter of 2018. This increase was primarily due to the headcount increase of 45.1% compared to the fourth quarter of 2018.

Occupancy, depreciation and amortization expenses were US$1.1 million, an increase of 71.7% from US$0.7 million in the fourth quarter of 2018, due to an increase in overseas office space and relevant leasehold improvements.

Communication and market data expenses were US$1.9 million, an increase of 104.3% from US$0.9 million in the fourth quarter of 2018. This increase was due to rapid user growth and expanded market data usage by our users.

Marketing and branding expenses were US$1.7 million, a decrease of 25.0% from US$2.3 million in the fourth quarter of 2018 as we optimized our marketing strategies which led to higher efficiency.

General and administrative expenses were US$2.8 million, an increase of 14.2% from US$2.5 million in the fourth quarter of 2018. This increase was primarily due to business expansion and more professional services.

3