**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICKI RONGEY WILLARD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br><br> v. <br><br><br> UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, XIAN WANG, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., AMTD GLOBAL MARKETS LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, and TOP CAPITAL PARTNERS LIMITED, <br><br> Defendants. | CASE No.: 1:19-cv-10326-JMF <br><br><br><br> **DECLARATION OF JING CHEN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br><br> <u>CLASS ACTION</u> |

I, Jing Chen, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.       I am an attorney at The Rosen Law Firm, P.A., lead counsel for Lead Plaintiff Jian Ren and named plaintiff Xiuhu Sun ("Plaintiffs") in the above-captioned action.  I have been admitted to this Court.

2.       I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

3.       I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

1

4.      Attached as Exhibit A hereto is a true and correct copy of Nasdaq 2019 trading calendar, available at https://www.nasdaq.net/PublicPages/assets/MyMID/Trade_Calendar_2019.pdf (last accessed June 22, 2020), and Hong Kong Stock Exchange trading calendar for January, February and March 2019, available at https://www.hkex.com.hk/News/HKEX-Calendar?sc_lang=en&defaultdate=2019-05-01(last accessed June 22, 2020).

5.      Attached as Exhibit B hereto is a true and correct certified original copy of the Chinese news article entitled "Interview with Tianhua Wu, CEO of Tiger Brokers: No Diversion, Build Tiger Brokers into Chinese IB", published on March 20, 2019 at http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml (last accessed June 22, 2020), a certification of the original copy, a certified English translation of the same website completed by Morningside Translations, and a certification of the translation.

6.      Attached as Exhibit C hereto is a true and correct copy of Interactive Brokers Group Reports Brokerage Metrics and Other Financial Information for January 2019, includes Reg. NMS Execution Statistics, available at https://investors.interactivebrokers.com/en/index.php?f=1559&p=releases2019 (last accessed June 22, 2020).

7.      Attached as Exhibit D hereto is a true and correct copy of Interactive Brokers Group Reports Brokerage Metrics and Other Financial Information for February 2019, includes Reg.-NMS Execution Statistics, available at

https://investors.interactivebrokers.com/en/index.php?f=1559&p=releases2019 (last accessed June 22, 2020).

8.    Attached as Exhibit E hereto is a true and correct copy of FINRA Rules 7400 "Order Audit Trail System", available at https://www.finra.org/rules-guidance/rulebooks/finra-rules/7400 (last accessed June 22, 2020).

9.     Attached as Exhibit F hereto is a true and correct copy of Practical Guidance on Securities Offerings (including High Yield and Initial Public Offerings) in a Changing Environment, dated March 18, 2014, published by Winston & Strawn LLP at https://www.winston.com/images/content/7/9/v2/79291/Practical-Guidance-on-Securities-Offerings-3-18-2014.pdf (last accessed June 22, 2020). On page 8 is "IPO Timeline".

10.    Attached as Exhibit G hereto is a true and correct copy of Bring Down Due Diligence Questionnaire, available at Westlaw https://1.next.westlaw.com/Document/I901cc24a2d0111e798dc8b09b4f043e0/View/FullText.html?transitionType=SearchItem&contextData=(sc.Search) (last accessed June 22, 2020).

11.    Attached as Exhibit H hereto is a chart showing the ratios of UP Fintech Holding Limited ("UP Fintech")'s quarterly commissions over the corresponding quarters' trading volumes in 12 quarters from 2017-2019. Data of the quarterly commissions and quarterly trading volumes are collected from UP Fintech's SEC filings.

12.    Attached as Exhibit I hereto is Defendant UP Fintech's Form 6-K EX-99.1, filed on May 17, 2019.

Executed: June 22, 2020                    /s/ Jing Chen
                                                                  Jing Chen

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2020 a true and correct copy of the foregoing

DECLARATION OF JING CHEN was served by CM/ECF to the parties registered to the Court's

CM/ECF system.


/s/ Laurence Rosen
Laurence Rosen

4