# Exhibit A

# Trading Calendar 2019

## Nasdaq

### January

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### February

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

### March

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### April

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

### May

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### June

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### July

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### August

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### September

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

### October

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### November

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

### December

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## HOLIDAYS

- Exchange Holiday
- Market Close at 1pm ET

## OPTIONS

- Quad-Witch – Expiration of equity options & futures, and index options & futures
- Option Expiration Date

## INDEXES

- Preliminary additions/deletions for the Russell Indexes published 6pm PT
- Russell Index Reconstitution
- MSCI Quarterly Review
- MSCI Semi-Annual Review
- S&P Indexes Rebalance S&P 500, S&P 400, and S&P 600


- Nasdaq-100 Additions & Deletions Announced


- Nasdaq-100 Rebalance and Nasdaq Biotech Index (NBI) Rebalance


- Philadelphia SOX Index Rebalance


- Short Interest Release Date

# HKEX
香港交易所

Search Website          繁 | 简

**MARKET DATA**        **PRODUCTS**        **SERVICES**        **LISTING**        **NEWS**        **MUTUAL MARKET**

News \

# HKEX CALENDAR

Subscribe or Download HKEX Calendar

| < | > | **JANUARY** 2019 | | | Hide Calendar 📅 ⌃ | | |
|---|---|---|---|---|---|---|---|
| **Sun** | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** |
| 30 ··· | 31 通 ⚲ 🖼 🖼 | 1 Jan 通 HK CN | 2 | 3 ⚲ 🖼 | 4 ⚲ | 5 |
| 6 | 7 | 8 ⚲ | 9 | 10 | 11 ⚲ | 12 |
| 13 | 14 ⚲ 🖼 | 15 ⚲ 🖼 | 16 🖼 | 17 | 18 ⚲ | 19 |
| 20 | 21 🖼 | 22 | 23 🖼 | 24 | 25 ⚲ | 26 |
| 27 | 28 🖼 | 29 🖼 | 30 🖼 | 31 通 🖼 🖼 | 1 Feb 通 | 2 |

**HONG KONG PUBLIC HOLIDAYS**

The first day of January
Hong Kong Market is closed

**MAINLAND PUBLIC HOLIDAYS**

New Year

**STOCK CONNECT**

Northbound - Trading is Closed

Southbound - Trading is Closed

| | | | |
|---|---|---|---|
| HK **Hong Kong Public Holidays** | | CN **Mainland Public Holidays** | |
| 通 **Stock Connect** | | 通 **Stock Connect (Tentative)** | |
| 🖼 **HKEX Events** | | ⚲ **New Listing** | |
| 🖼 **Seminars** | | 🖼 **Trading Information: Securities & Derivatives** | |
| 🖼 **Trading Information: Index Futures and Options** | | 🖼 **Trading Information: FIC and Commodities** | |



News \

# HKEX CALENDAR

Subscribe or Download HKEX Calendar

### FEBRUARY 2019

Hide Calendar



STOCK CONNECT

Southbound - Trading is Closed

| | | | Hong Kong Public Holidays | | | CN | Mainland Public Holidays |
|---|---|---|---|---|---|---|---|
| 通 | Stock Connect | | | 通 | Stock Connect (Tentative) | | |
| | HKEX Events | | | | New Listing | | |
| | Seminars | | | | Trading Information: Securities & Derivatives | | |
| | Trading Information: Index Futures and Options | | | | Trading Information: FIC and Commodities | | |



Font Size  A A A  |  About HKEX ▾  |  Related Sites: LME ▾  |  🔍 Search Website  |  繁 | 简

MARKET DATA          PRODUCTS          SERVICES          LISTING          NEWS          MUTUAL MARKET

News \

# HKEX CALENDAR

Subscribe or Download HKEX Calendar



< >  **MARCH** 2019                    Hide Calendar 🗓 ⌃                    No events today.

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 24 | 25 | 26 | 27 | 28 | 1 Mar | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 Apr | 2 | 3 | 4 | 5 | 6 |

**HK** Hong Kong Public Holidays          **CN** Mainland Public Holidays

通 Stock Connect                         通 Stock Connect (Tentative)

HKEX Events                             New Listing

Seminars                                Trading Information: Securities & Derivatives

Trading Information: Index Futures and Options          Trading Information: FIC and Commodities