# Exhibit B

专访老虎CEO巫天华:否认导流模式 做华人版盈透证券_新浪网

北美首页 | 新闻 | 时尚 | 大陆 | 台湾 | 美国 | 娱乐 | 体育 | 财经 | 图片 | 移民 | 微博 | 健康

**SINA 金融理财**　　财经新闻 > 美股焦点 > 个股动态 > 正文　　　　　　　**SINA 新浪网**　　　　繁体 | 简体
.com.cn

美股佣金对照表　　　　　ENTER SYMBOL(S) [　　] [US ▾] [>]　　Value Engine Stock Forecast [　　] [>]

## 专访老虎CEO巫天华:否认导流模式 做华人版盈透证券

http://finance.sina.com　2019年03月20日 17:08　北京新浪网　　　　　分享至

新浪财经 魏天谌 发自纽约

新浪财经讯 当地时间3月20日上午，专注美股的互联网券商老虎证券在纽约纳斯达克交易所挂牌上市， IPO首日大涨36.5%，收报10.92美元，市值接近15亿美元。

与上周刚上市的另一家知名互联网券商富途证券一样，两家公司的创始人兼CEO都对新浪财经表示，希望对标美国盈透证券（Interactive Brokers， 以下简称"IB"），而不走另一知名互联网券商罗宾侠（Robinhood）式轻资产、零佣金的道路。

关于外界评判老虎采用的"导流模式"的质疑，老虎证券CEO巫天华在上市现场接受新浪财经独家访问时表示，这一说法并不准确，虽然老虎使用的清算系统由IB支持，但老虎拥有三个国家的券商牌照以及前、中、后台的系统，与没有券商牌照、只拥有前端软件的流量平台有本质上的区别，老虎与IB的合作是券商与清算机构之间的合作。

同时，巫天华补充道，目前所有支持美股交易的中资背景券商使用的清算系统都是由IB或其他国外清算商提供，相比于A股和港股较为简单的清算系统，美股的清算牌照很难获得，目前大家都不具备美股的自我清算的资质，只是许多公司没有披露这点。



**做华人版盈透证券 不走"罗宾侠"路线**

巫天华表示，老虎希望以40多年来专注经纪业务的IB为榜样，希望做新科技时代里华人世界的IB。

IB是美国日均交易收入（DARTs）最大的网络券商，截止至2019年2月底，IB拥有约61.4万用户，每位用户账户的平均股票价值在17.4万美元左右。

与实时行情要收费的IB直接对比，巫天华认为，老虎的吸引力在于提供免费的行情信息和社区讨论，以及提供包括拼多多、爱奇艺等多支中概股的独家打新，更能抓住中国用户的需求。例如本次IPO老虎证券便为每位用户提供了300股的打新额度，主要意图是回馈用户。

而与Robinhood相比，老虎支持"一笔钱玩转A股港股和美股"，符合华人投资者全球资



| DJIA | NASDAQ | SP500 |

DJIA　06-12 15:59 EDT

DJIA　　　25605.5391　　+477.370
NASDAQ9588.8082　　　+96.0815
标普500指数　　　　　+39.2100

### 今日焦点新闻

"人造肉"成新风口 但离摆上餐桌还有多久
任正非和郭台铭：两个人一座城一个时代
身价超5000亿美元，特斯拉到底值不值？
Uber周五上市，会不会成为下一个亚马逊？
广告收入增长放缓，几大业务谁能拉回谷歌增速？

### 新浪推荐

• 零佣金，无限制，没有隐藏条款，Firstrade真诚和品质共存,立即开户,享受华尔街专业服务
• 马云<赢在中国>:"免费的是最贵的!"美股券商要选性价比高的!强大平台,专业策略,卓越服务,SogoTrade全方位贯彻物超所值,5分钟开户,1键转户,即可获取100次免佣金超值体验!
• 每月低至$20！中美双卡超值手机套餐
• [两颗红豆]人家认识2天就爱上,我为什么谈了2160天还是分手?!

产配置的需求，巫天华表示，相比于Robinhood轻资产、零佣金的模式，老虎的订单执行和客户服务做得更好，当然，老虎收取的费用也比Robinhood高。

巫天华表示不会采取Robinhood式零佣金的打法，且目前"低佣金的重要性目前只能排在资金安全、服务质量和用户体验等其他要素之后，老虎不会把"便宜"作为自己的最大卖点，"巫天华如是说。

### 3年交易额破万亿  CEO就获客成本答疑

过去3年里，老虎证券的交易额突破万亿美元无疑是本次招股书中体现的最大亮点，3年的时间创下了中国互联网券商发展速度的记录，此外，2017年老虎证券在面向华人投资者的美股交易市场已占到约58.4%的份额。

| | 富途证券 | 老虎证券 |
|---|---|---|
| 成立时间 | 2012年 | 2014年 |
| 注册用户数* | 560万 | 158万 |
| 开户客户* | 50.2万 | 50.2万 |
| 入金客户* | 13.3万 | 8.2万 |
| 18年交易总量（美元） | 1158亿 | 1192亿 |
| 主要投资方 | 腾讯、经纬中国、红杉资本 | 小米，盈透证券(IB) |
| 备注： | *客户数据全部截止至2018年年底 | |

数据来源：招股书

据粗略测算，目前老虎的获客成本约在1800元人民币左右（2018年营销收入除以新增用户数量），略高于富途1500港币左右的成本。

此前富途CEO李华对新浪财经披露，富途接下来将主要通过上线新产品、新特性的办法进一步降低获客成本。

巫天华则对记者表示，虽然目前的获客成本数字看起来有点高，但其实回报很快，平均每位交易用户收回成本仅需要几个月左右，且不同于注册用户或开户用户，老虎所拥有的入金用户拥有较高的终身价值。

由上图可见，老虎证券目前入金用户绝对数目少于富途，但入金用户占注册用户的5%左右，优于富途2.3%的转化率数据。

| | | 富途证券* | 老虎证券 | （千，美元） |
|---|---|---|---|---|
| 营收 | 2016 | 11,112 | 5,476 | |
| | 2017 | 39,801 | 16,949 | |
| | 2018 | 103,614 | 33,560 | |
| 营收增长率 | 2016 | - | - | |
| | 2017 | 258.2% | 209.5% | |
| | 2018 | 160.3% | 98.0% | |
| 佣金占总营收比重 | 2016 | 85.6% | 96.4% | |
| | 2017 | 59.3% | 88.9% | |
| | 2018 | 50.3% | 77.6% | |
| GAAP净利润 | 2016 | -12,575 | -10,811 | |
| | 2017 | -1,035 | -7,927 | |
| | 2018 | 17,689 | -44,294 | |
| 备注： | *富途财报数据按美元兑港币7.83汇率粗略计算 | | | |
| | **老虎财报未披露确切的研发成本数据 | | | |

数据来源：招股书

从营收结构来看，近三年富途证券和老虎证券的佣金占总营收比重都在不断下滑，但老虎的这一比重还是显著高于富途。对此，巫天华表示，在老虎获得了港股交易牌照等新的条件下，目前的收入结构还有很大的优化空间，佣金占总营收的比重将会进一步下降。

目前老虎约有80%的交易量来自于美股市场，远远超过港股和其他股票市场的交易量，与富途目前以港股为主的业务侧重点有显著区别。

"深度优于广度"经纪业务仍是核心

深度优于广度，经纪业务仍是核心

招股书中提到，资产和财富管理将是老虎未来发展的重点之一。目前老虎证券在资产管理领域已有一些尝试，例如在2018年11月老虎在美国发行了全球首只专注于跟踪中美互联网巨头股票的指数基金TTTN，至今涨幅接近20%，但巫天华强调，这些新的探索仍会围绕核心的经纪业务展开。

招股书中提到的另一战略是吸引更多的机构投资者。巫天华对新浪财经表示，预计中小型机构用户为总营收贡献的比重接下来会呈现比较显著的提升，老虎目前已经为一些机构提供结构搭建、行政管理、以及交易等一条龙服务。

巫天华对记者总结道，"券商是一个古老而经典的生意。这个行业的主要壁垒在于公司不能有任何短板，涉及产品、技术、市场、合规、运营、研究等方方面面，复杂性较高，启动的困难性高，今天上市也只是一个新的开始。"



 

【列印】 【关闭】

---

### 其它个股动态新闻

英国脱欧损失有多大？1万亿英镑加7千个金融职位
3月FOMC: "散点图"下调幅度略超预期 有助于支撑估值
花旗将出售委内瑞拉央行抵押的价值14亿美元黄金
老虎证券上市首日大涨36.5% 华尔街大鳄罗杰斯敲钟
全球货币政策大拐点：美国不加息，中国怎么选择？

| Comments or Questions? |

本网站所刊登之新闻标题及内容，皆由合作媒体提供，不代表新浪网本身立场。

Copyright © 1996-2019 SINA Corporation, All Rights Reserved

http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml

## Interview with Tianhua Wu, CEO of Tiger Brokers: No Diversion, Build Tiger Brokers into Chinese IB

Http://finance.sina.com  March 20, 2019 17:08  Sina.com, Beijing

Share to



Sina Finance. By Tianchen Wei at New York

Sina Finance News - On the morning of March 20 (local time), Tiger Brokers, an Internet brokerage specializing in US stocks, was listed on the Nasdaq in New York. The IPO rose by 36.5% on the first day and closed at US $1.092, with a market value of nearly US $1.5 billion.

Tianhua Wu, founder and CEO of Tiger Brokers told Sina Finance that he hoped to benchmark against Interactive Brokers ("IB") instead of Robinhood. The latter is a noted Internet broker that applies the business mode of light assets and zero commission. On this point, Wu happened to coincide with the founder and CEO of Futu Securities, which is another well-known Internet broker that just went public last week.

Regarding the doubts about the "diversion mode" of Tiger Securities, Wu said in an exclusive interview with Sina Finance at Nasdaq that this statement is not accurate. Although the clearing system used by Tiger Brokers is powered by IB, Tiger Brokers has broker licenses in three countries and has front, middle and back-ground systems. The company is essentially different from traffic platforms that have no broker licenses and are only equipped with front-ground software. The cooperation between Tiger Brokers and IB is actually the cooperation between a broker and a clearing institution.

Wu also noted that, now the clearing systems used by all Chinese-funded securities firms involved in U.S. stock trading are provided by IB or other foreign clearing firms. Compared with the relatively simple clearing systems for A stocks and Hong Kong stocks, it is difficult to obtain the clearing license for U.S. stocks. Now no securities firm has the qualification for self-clearing of U.S. stocks, but many of them have not disclosed the fact.

http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml



### To be Chinese IB instead of another Robinhood

Wu said that Tiger Brokers hopes to follow the example of IB, who has been focusing on brokerage business for more than 40 years, and hopes to be another IB for Chinese people in the new technology era.

IB is the largest online broker with highest number of daily average revenue trades (DARTs) in the United States. As of the end of February 2019, IB has about 614,000 users, and the average stock value of each user's account is about US $ 174,000.

In Wu's opinion, by contrast with IB that charges for real-time quotations, Tiger Brokers attracts users by providing free quotation information and community discussion zones, as well as exclusive subscription opportunities for IPOs of many Chinese concept stocks such as Pinduoduo and iQIYI, better meeting the needs of Chinese users. For example, Tiger Brokers provided each user with a quota of 300 shares in the IPO to thank their support.

Compared with Robinhood, Tiger Brokers supports "a sum of money for a portfolio of A stocks, Hong Kong stocks and US stocks", which meets the needs of Chinese investors for global asset allocation. Wu noted that, compared with Robinhood who applies the business mode of light asset and zero commission, Tiger Brokers has better performance in order execution and customer service. Of course, Tiger Broker charges higher fees than those of Robinhood.

Wu said that he would not apply zero-commission mode as Robinhood does. Now "low commission is less important than other factors such as capital safety, service quality and user experience, and Tiger Brokers will not take 'low price' as its most important selling point," said Wu .

http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml

**The accumulative trading volume over the past 3 years exceeds US $ 1 trillion. The CEO answered questions on client** acquisition **cost**

The accumulative trading volume of Tiger Brokers over the past three years exceeds US $ 1 trillion, which is undoubtedly the most attractive point in the Prospectus. Only within three years, Tiger Brokers have set a record for the development speed of China's Internet securities firms. In addition, Tiger Brokers accounted for about 58.4% of the US stock market for Chinese investors in 2017.

|  | Futu Securities | Tiger Brokers |
|---|---|---|
| Established in | **2012** | **2014** |
| Number of registered users* | **5.6 million** | **1.58 million** |
| Number of account-opening users* | **0.502 million** | **0.502 million** |
| Number of users depositing money in their accounts* | **0.133 million** | **0.82 million** |
| Total trading volume in 2010 (in US $) | **115.8 billion** | **119.2 billion** |
| Major investors | **Tencent, Matrix Partners China and Sequoia Capital** | **MI and IB** |
| Note: | *User data as of the end of 2018 is applied | |

Source: The Prospectus

It's roughly estimated that Tiger Brokers' current client acquisition cost is about 1800 yuan (marketing revenue in 2018 divided by the number of new users), slightly higher than Futu's cost of about HKD 1500.

Hua Li, CEO of Futu Securities previously disclosed to Sina Finance that Futu Securities will further reduce the cost of acquiring clients mainly by launching new products and features.

According to Wu, although the current client acquisition cost looks a bit high, they can get returns very fast. On average, it only takes about a few months to recover the cost for each transaction user. Unlike registered users or account-opening users, Tiger Brokers' users who deposit money in their accounts have higher lifelong value.

http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml

As can be seen from the above figure, the absolute number of Tiger Brokers' users depositing money in their accounts is less than that of Futu, but its number of users depositing money accounts for about 5% of registered users, higher than Futu's conversion rate of 2.3%.

| | | Futu Securities* | Tiger Brokers (in US $1,000 ) |
|---|---|---|---|
| Revenue | 2016 | 11,112 | 5,476 |
| | 2017 | 39,801 | 16,949 |
| | 2018 | 103,614 | 33,560 |
| Revenue growth | 2016 | - | - |
| | 2017 | 258.2% | 209.5% |
| | 2018 | 160.3% | 98.0% |
| The proportion of commission in total revenue | 2016 | 85.6% | 96.4% |
| | 2017 | 59.3% | 88.9% |
| | 2018 | 50.3% | 77.6% |
| GAAP net profit margin | 2016 | -12,575 | -10,811 |
| | 2017 | -1,035 | -7,927 |
| | 2018 | 17,689 | -44,294 |
| Note: | | *The financial report data of Futu Securities are calculated at the exchange rate of 7.83 HKD = 1 USD. | |
| | | *The financial report of Tiger Brokers does not disclose the exact R&D cost. | |

Source: The Prospectus

Judging from the revenue structure, the commission proportion of Futu Securities and Tiger Brokers in their total revenue has been declining in the past three years, but the proportion of Tiger Brokers is still significantly higher than that of Futu Securities. In this regard, Wu said that after Tiger Brokers obtains a Hong Kong stock trading license, there is still much room for optimization in the current revenue structure, and its proportion of commissions in total revenue will further decline.

At present, about 80% of Tiger Brokers' trading volume comes from the U.S. stock market, outdistancing the trading volume of Hong Kong stocks and other stocks. It is significantly different from Futu who focuses on Hong Kong stocks.

**"Depth is better than breadth". Brokerage is still the core business**

As mentioned in the Prospectus, asset and wealth management will be one of the priorities of Tiger Brokers' future development. Now Tiger Brokers has made some attempts in the field of asset management. For example, in November 2018, it issued TTTN in the United States. TTTN is the world's first index fund focusing on tracking the shares of Chinese and American Internet giants, and it has risen by nearly 20% so far. However, such new explorations will still center on the core brokerage business, as stressed by Wu.

http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml

Another strategy mentioned in the prospectus is to attract more institutional investors. According to Wu, it is expected that the proportion of users of small and medium-sized institutions contributing to the total revenue will show a significant increase in the future. Tiger Brokers has already provided some institutions with one-stop services covering structure building, administrative management, trading, etc.

Wu concluded that, "Brokerage is a kind of ancient and classic business. The major barrier in this industry is that a broker must build comprehensive competitiveness in various aspects such as products, technology, marketing, compliance, operation and research. The business is very complex and has a high threshold for entry. Today's listing is only a new beginning."



# TRANSLATION CERTIFICATION

Date: June 16, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese

To:

- English

The documents are designated as:
- UP Fintech Article: http://finance.sina.com/gb/usstock/usstock_news/sinacn/2019-03-20/doc-iwmthtcw3062153.shtml

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li