# Exhibit G

**[COMPANY]**
**Bring Down Due Diligence**
**[DATE]**

1. Please discuss any changes in the outlook for [UPCOMING QUARTER] as well as the outlook for the remainder of the fiscal year. In particular, please comment on whether the company's financial performance is in line with street expectations.

2. Have there been any material developments in your business plan, operations or strategy?

3. Are there any changes in management or the board of directors contemplated?

4. Are there any plans for material divestitures, investments or acquisitions or other strategic initiatives?

5. Is there any new litigation or any material developments with existing litigation? Have you received or do you expect to receive any notice of potential claims?

6. Please discuss any developments relating to legal or regulatory matters that may materially adversely affect your business.

[7. Have there been any conversations with credit rating agencies indicating downgrade of these or other company securities? Has any credit rating agency indicated that it has under surveillance or review or has changed its outlook with respect to its rating of the securities or of any other debt securities issued by the company, or that it has changed its outlook with respect to its rating of the company?]

8. Have there been any disagreements with auditors or other accounting issues?

9. Has anything material relating to the company that is not addressed by the previous questions come to your attention that the [underwriters/initial purchasers] should be aware of in the context of a securities offering?

10. Does anyone else have any questions for the company?