# Exhibit H

| Quarter Ended | Trading Volume (US$mm)* | Commissions (US$mm)* | Ratio of Commissions over Trading volume |
|---|---|---|---|
| 31-Mar-17 | 12,494.00 | 2.166 | 0.017% |
| 30-Jun-17 | 13,988.40 | 3.229 | 0.023% |
| 30-Sep-17 | 17,125.70 | 4.424 | 0.026% |
| 31-Dec-17 | 19,687.80 | 5.244 | 0.027% |
| 31-Mar-18 | 28,302.60 | 6.625 | 0.023% |
| 30-Jun-18 | 21,395.30 | 5.182 | 0.024% |
| 30-Sep-18 | 32,628.30 | 7.154 | 0.022% |
| 31-Dec-18 | 36,895.20 | 7.082 | 0.019% |
| 31-Mar-19 | 27,862.80 | 6.4 | 0.023% |
| 30-Jun-19 | 24,370.00 | 6.8 | 0.028% |
| 30-Sep-19 | 25,760.80 | 6.2 | 0.024% |
| 31-Dec-19 | 21,799.60 | 7.3 | 0.033% |

\* Data of trading volume and commissions collected from UP Fintech SEC filings