UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKEY RONGEY WILLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, XIAN WANG, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., AMTD GLOBAL MARKETS LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, and TOP CAPITAL PARTNERS LIMITED.<br><br>        Defendants. | Case No. 1:19-cv-10326-JMF<br><br><br><br>CLASS ACTION |

**DECLARATION OF MICHAEL B. CARLINSKY
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

MICHAEL B. CARLINSKY, an attorney duly admitted to practice law before this Court, hereby states:

1.    I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for UP Fintech Holding Limited ("UP Fintech") in this action. I am familiar with the matters discussed herein. I respectfully submit this Declaration in further support of Defendants' Motion to Dismiss the Amended Class Action Complaint and to put certain documents before the Court.

2.    Attached hereto as Exhibit E is a true and correct copy of excerpts from Forms Ex-99.1 attached to Forms 6-K, filed by UP Fintech and dated as of August 23, 2019, November 25, 2019, March 25, 2020, and May 28, 2020 (highlights added).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2020, in the State of New York.

/s/ *Michael B. Carlinsky*
Michael B. Carlinsky