# EXHIBIT E

Case 1:19-cv-10326-JMF   Document 63-1   Filed 07/29/20   Page 2 of 5

EX-99.1 2 a19-17568_1ex99d1.htm EX-99.1

**Exhibit 99.1**

### UP Fintech Holding Limited Reports Unaudited Second Quarter 2019 Financial Results

BEIJING, China, August 23, 2019 — UP Fintech Holding Limited (NASDAQ: TIGR) ("UP Fintech" or the "Company"), a leading online brokerage firm focusing on global Chinese investors, today announced its unaudited financial results for the second quarter ended June 30, 2019.

"We are pleased to report that our Company delivered robust growth across business segments," said Mr. Tianhua Wu, CEO and Director of UP Fintech. "Our total revenues were US$12.9 million for the second quarter of 2019, representing an increase of 88.0% year-over-year and 34.4% quarter-over-quarter. Our revenue mix is becoming more diverse. Revenue from net interest income[1] this quarter was US$3.5 million, accounting for 29.4% of total net revenues, versus US$1.6 million, or 22.6% of total net revenues during the same period last year. Other revenues, which were primarily derived from IPO distribution services, increased twelve-fold year-over-year, further solidifying our leading IPO distribution position among global Chinese online brokers. Excluding share-based compensation expenses, we narrowed non-GAAP net loss attributable to UP Fintech Holding Limited to US$0.8 million this quarter, a 75.8% improvement year-over-year and 60.7% improvement quarter-over-quarter. Total account balance increased by 74.9% from US$2.0 billion as of June 30, 2018 to US$3.6 billion as of June 30, 2019. The number of customers with deposits also increased by 58.9% from 59.8 thousand as of June 30, 2018 to 95.0 thousand as of June 30, 2019."

"Our goal is to make investing more efficient for our users," Mr. Wu added, "We continued to invest in research and development and applied for more licenses so we may better serve clients on a global scale. In the U.S., we completed our acquisition of Marsco Investment Corporation, which will provide us with self-clearing capability and will greatly improve our profitability in the long term. Our U.S. subsidiary also recently obtained National Futures Association (NFA) membership. In Singapore, we received Capital Markets Services (CMS) approval from the Monetary Authority of Singapore (MAS) for providing brokerage services to Singapore residents to further diversify our user base. On the product side, in addition to regular bi-weekly APP updates, we made a major revamp to our community interface and added U.S. Level II real-time market data to enhance the user experience. Our online community served as an important tool for investor education and we started to see results: of the 25 most traded U.S. listed stocks on our platform this quarter, only 28.0% are Chinese ADRs by value and 40.0% by volume, versus 36.0% and 44.0% during the same quarter last year. We will continue committing resources to investor education to help our users enjoy global asset diversification."

**Business Highlights for Second Quarter 2019**

- Total revenues were US$12.9 million in the second quarter of 2019, an 88.0% increase from the second quarter of 2018 and 34.4% from the previous quarter.
- Total net revenues were US$11.9 million in the second quarter of 2019, a 73.2% increase from the second quarter of 2018 and 26.6% from the previous quarter.
- Net loss attributable to UP Fintech Holding Limited was US$1.9 million in the second quarter of 2019, a 94.8% improvement from the second quarter of 2018 and 34.6% from the previous quarter.
- Non-GAAP net loss attributable to UP Fintech Holding Limited was US$0.8 million in the second quarter of 2019, a 75.8% improvement from the second quarter of 2018 and 60.7% from the previous quarter.
- Total account balance was US$3.6 billion as of June 30, 2019, an increase of 74.9% from June 30, 2018 and 16.4% from March 31, 2019.

---

[1] "net interest income" is calculated as financing service fees plus interest income and minus interest expense.

1

EX-99.1 2 a19-23810_1ex99d1.htm EX-99.1

**Exhibit 99.1**

### UP Fintech Holding Limited Reports Unaudited Third Quarter 2019 Financial Results

BEIJING, China, November 25, 2019 — UP Fintech Holding Limited (NASDAQ: TIGR) ("UP Fintech" or the "Company"), a leading online brokerage firm focusing on global Chinese investors, today announced its unaudited financial results for the third quarter ended September 30, 2019.

"We are pleased to report that our Company delivered strong growth in the third quarter of 2019," said Mr. Tianhua Wu, CEO and Director of UP Fintech. "Our total revenues were US$15.3 million, up 66.8% year-over-year. Our revenue mix is more diversified, net interest income[1] accounted for 40.0% of total net revenues; in the same period last year net interest income only accounted for 20.4% of total net revenues. Net loss attributable to UP Fintech Holding Limited narrowed by 60.3% year-over-year to US$1.3 million. On a Non-GAAP basis we broke even for the first time with net income of US$0.7 million attributable to UP Fintech. Total client account balance rose 47.1% year-over-year to US$3.8 billion.

"Our growth strategy remains the same: expanding our user base and increasing revenue per user. We officially opened our New York office this quarter and will use our newly granted licenses, such as U.S. underwriting license, to offer financial services to U.S. investors. In addition, we plan to commence providing securities trading for Singapore nationals in the first quarter of 2020. We are confident our expanding global footprint will help us acquire more users. We will also continue investing in ESOP, IPO distribution and wealth management services to build an integrated platform for retail investors, institutional clients and corporate issuers.

"In terms of increasing revenue per user, the most important thing is to achieve self-clearing so we may lower clearing expenses and generate more interest income from margin trading and securities lending. We completed the transaction to acquire Marsco Investment Corporation ("Marsco") in the third quarter of 2019, and we are in the advanced stages of integrating Marsco with UP Fintech's infrastructure; our goal is to self-clear U.S. cash equities in the second quarter of 2020."

**Business Highlights for Third Quarter 2019**

- Total revenues were US$15.3 million, a 66.8% increase from the third quarter of 2018 and 13.0% increase from the previous quarter.

- Total net revenues were US$14.0 million, a 52.0% increase from the third quarter of 2018 and 11.2% increase from the previous quarter.

- Net loss attributable to UP Fintech was US$1.3 million in the third quarter of 2019, a 60.3% improvement from the third quarter of 2018 and 31.9% improvement from the previous quarter.

---

[1] Net interest income is defined as financing service fees plus interest income and minus interest expense.

1

EX-99.1 2 a20-13613_1ex99d1.htm EX-99.1

**Exhibit 99.1**

### UP Fintech Holding Limited Reports Unaudited Financial Results for the Fourth Quarter of 2019

BEIJING, China, March 25, 2020 — UP Fintech Holding Limited (NASDAQ: TIGR) ("UP Fintech" or the "Company"), a leading online brokerage firm focusing on global Chinese investors, today announced its unaudited financial results for the fourth quarter and fiscal year ended December 31, 2019.

"We are pleased to report that our Company delivered strong growth in the fourth quarter of 2019," said Mr. Tianhua Wu, CEO and Director of UP Fintech. "Our total revenues were US$20.0 million for the fourth quarter of 2019, up 109.9% year-over-year. Revenue mix is more balanced; interest income[1] surpassed commission revenue to account for 37.6% of total revenues, while in the same period in 2018, interest income only accounted for 18.6% of total revenues. In the fourth quarter of 2019, we also reported non-GAAP operating income of US$0.3 million, a significant improvement from the same quarter in 2018. Our platform is gaining strong traction from users; the number of accounts with deposits increased by approximately 11,300, an 85.9% increase from same quarter last year. Clients also entrusted us with more assets; total client account balance as of December 31, 2019, rose 114.3% year-over-year to US$5.1 billion.

2019 was a significant year in our company's development. We completed an initial public offering and certain of our securities are now listed on the Nasdaq Global Select Market, and we have made positive progress on our business. First and foremost, we made the strategic decision to develop self-clearing capability. We acquired Marsco Investment Corporation ("Marsco"), and we aim to gradually commence clearing U.S. cash equities in the second quarter of 2020. Secondly, our firm is expanding our international reach and we now have a new presence in Singapore and the U.S. We are confident our international strategy will expand our client base and provide us with new business opportunities. Third, we continue to develop our IPO underwriting capabilities and employee stock ownership plan, or "ESOP," business. In 2019, we participated in 18 U.S. IPOs, in 12 of which we served as underwriter, far exceeding any of our competitors in terms of deal count. Our ESOP business also grew rapidly and is starting to yield results. In the fourth quarter, 20% of our new accounts with deposits came from ESOP clients. Finally, we continue to develop our asset management capabilities. We recently launched our "Fund Mall" where our clients may choose from over 30 funds; investing in new asset management products will lead our users to allocate more of their wealth on our platform.

Finally, after discussion and agreement by the board of directors, we have decided to implement a share buyback program. Over the next twelve months, we will allocate a maximum of US$20.0 million to strategically repurchasing our outstanding American Depositary Shares, or ADSs."

---

[1] Interest income is defined as financing service fees plus interest income.

1

EX-99.1 2 a20-21065_1ex99d1.htm EX-99.1

**Exhibit 99.1**

### UP Fintech Holding Limited Reports Unaudited First Quarter 2020 Financial Results

BEIJING, China, May 28, 2020 — UP Fintech Holding Limited (NASDAQ: TIGR) ("UP Fintech" or the "Company"), a leading online brokerage firm focusing on global Chinese investors, today announced its unaudited financial results for the first quarter ended March 31, 2020.

"We are pleased to report that our Company delivered good financial and operating growth in the first quarter of 2020", stated Mr. Wu Tianhua, CEO and Director of UP Fintech. Total revenues were US$23.2 million, a 136.7% increase from the first quarter of 2019, and for the first time we generated net income attributable to UP Fintech of US$3.0 million this quarter. Our platform is continuing to attract new users; the number of accounts with deposits increased by approximately 20,900 this quarter as the quarterly growth rate in funded accounts was about 2.5 times that of the same quarter last year. Total accounts with deposits increased 53.1% on a year over year basis. Despite market volatility, clients also entrusted us with more assets; total client account balance as of March 31, 2020, rose 79.7% year-over-year to US$5.5 billion.

Even with the challenges posed by the pandemic, our firm continued to make progress on multiple new initiatives. In the first quarter of 2020, we began to onboard Singapore clients and we added real time market data for Singapore listed equities to our platform. We look forward to acquiring more offshore users and giving new clients seamless access to global markets. Just as we continued to develop our international business, our clients continued to diversify their trading activity; in the first quarter of 2020, trading volume in Chinese ADRs only accounted for 25% of our U.S. equity trading volume. In addition, despite the slowdown in new listings, our IPO underwriting business has a strong pipeline and we participated in 4 U.S. IPOs in the first quarter.

I would also like to elaborate on the development of our wealth management business; in the first quarter we officially launched our in-platform "Fund Mall" where users may subscribe to a wide range of mutual funds that span numerous asset classes from major institutional asset managers. We have continued to add funds to this product and clients may now choose from over 50 funds. Going forward, we will add more investment products and proprietary analytical tools to assist our users in managing their wealth.

The Company commenced its share repurchase program on April 1, 2020 and between that day and the end of May 26, 2020, the company repurchased 508,568 ADS for an approximate consideration of US$1.5 million.

**Business Highlights for First Quarter 2020**

- Total revenues were US$23.2 million, a 136.7% increase from the first quarter of 2019 and a 16.1% increase from the previous quarter.

- Total net revenues were US$22.2 million, a 131.9% increase from the first quarter of 2019 and a 20.5% increase from the previous quarter.

- Operating income was US$1.9 million in the first quarter of 2020 as compared to operating loss of US$4.4 million in the first quarter of 2019 and US$0.7 million in the previous quarter.

- Non-GAAP operating income was US$3.1 million in the first quarter of 2020 as compared to non-GAAP operating loss of US$3.5 million in the first quarter of 2019 and non-GAAP operating income of US$0.3 million in the previous quarter. A reconciliation of non-GAAP financial metrics to the most comparable GAAP metrics is set forth below.

1