**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICKEY RONGEY WILLARD, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-10326-JMF |
| Plaintiff, | |
| v. | |
| UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, XIAN WANG, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., AMTD GLOBAL MARKETS LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, and TOP CAPITAL PARTNERS LIMITED. | CLASS ACTION |
| Defendants. | |

**DEFENDANT TIGER BROKERS (NZ) LIMITED'S (F/K/A TOP CAPITAL PARTNERS LIMITED) JOINDER IN DEFENDANTS UP FINTECH HOLDING LIMITED, CITIGROUP GLOBAL MARKETS INC., AND DEUTSCHE BANK SECURITIES INC.'S  MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Defendant Tiger Brokers (NZ) Limited (f/k/a Top Capital Partners Limited) hereby respectfully joins in the Motion to Dismiss Plaintiffs' Amended Class Action Complaint filed by Defendants UP Fintech Holding Limited, Citigroup Global Markets Inc., and Deutsche Bank Securities Inc. on May 8, 2020 (ECF No. 52) (the "Motion to Dismiss").  Tiger Brokers (NZ) Limited (f/k/a Top Capital Partners Limited) adopts and incorporates in full the arguments and authorities set forth in the memorandum of law in support of the Motion to Dismiss, filed on May 8, 2020 (ECF No. 53), and the reply memorandum of law in further support of the Motion

to Dismiss, filed on July 29, 2020 (ECF No. 67).  For the same reasons set forth therein, pursuant

to Federal Rule of Civil Procedure 12(b)(6), the Court should dismiss with prejudice Plaintiff's

claim against Tiger Brokers (NZ) Limited (f/k/a Top Capital Partners Limited) under Section 11

of the Securities Act of 1933, asserted in the Amended Class Action Complaint, filed on March

24, 2020 (ECF No. 32), and grant such other and further relief as this Court may deem just and

proper.


Dated:  August 25, 2020
        New York, New York


                                    Respectfully submitted,

                                    By: */s/ Susannah S. Geltman*
                                        Susannah S. Geltman
                                        Anthony C. Piccirillo
                                        **SIMPSON THACHER & BARTLETT LLP**
                                        425 Lexington Avenue
                                        New York, NY 10017
                                        Telephone:  (212) 455-2000
                                        sgeltman@stblaw.com
                                        anthony.piccirillo@stblaw.com


                                    *Attorneys for Defendant Tiger Brokers (NZ) Limited*
                                    *(f/k/a Top Capital Partners Limited)*


2