**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICKEY RONGEY WILLARD, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-10326-JMF |
| Plaintiff, | |
| v. | CLASS ACTION |
| UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, XIAN WANG, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., AMTD GLOBAL MARKETS LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, and TOP CAPITAL PARTNERS LIMITED. | |
| Defendants | |

**DEFENDANTS TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, AND XIAN WANG'S JOINDER IN THE MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FILED BY DEFENDANTS UP FINTECH HOLDING LIMITED, CITIGROUP GLOBAL MARKETS INC., AND DEUTSCHE BANK SECURITIES INC.'S**

Defendants (i) Tianhua Wu, (ii) John Fei Zeng, (iii) Yonggang Liu, (iv) Lei Fang, (v) David Eric Friedland, (vi) Vincent Chun Hung Cheung, (vii) Binsen Tang, (viii) Xin Fan, (ix) Jian Liu, and (x) Xian Wang (the "Individual Defendants") hereby respectfully join in the Motion to Dismiss Plaintiffs' Amended Class Action Complaint filed by Defendants UP Fintech Holding Limited, Citigroup Global Markets Inc., and Deutsche Bank Securities Inc. on May 8, 2020 (ECF No. 52) (the "Motion to Dismiss").  The Individual Defendants adopt and incorporate in full the arguments and authorities set forth in the memorandum of law in support of the Motion to Dismiss, filed on

May 8, 2020 (ECF No. 53), and the reply memorandum of law in further support of the Motion to Dismiss, filed on July 29, 2020 (ECF No. 67).

For the same reasons set forth therein, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court should dismiss with prejudice the claims against the Individual Defendants under Sections 11 and 15 of the Securities Act of 1933, asserted in the Amended Class Action Complaint, filed on March 24, 2020 (ECF No. 32), and grant such other and further relief as this Court may deem just and proper.

Dated: September 10, 2020
New York, New York

Respectfully submitted,

By: */s/ Michael B. Carlinsky*
     Michael B. Carlinsky
     Jacob J. Waldman
     **QUINN EMANUEL URQUHART**
      **& SULLIVAN, LLP**
     51 Madison Avenue, 22nd Floor
     New York, New York 10010-1601
     (212) 849 7000
     michaelcarlinsky@quinnemanuel.com
     jacobwaldman@quinnemanuel.com