**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICKI RONGEY WILLARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br><br><br>v.<br><br><br><br>UP FINTECH HOLDING LIMITED, TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, XIAN WANG, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., AMTD GLOBAL MARKETS LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, and TOP CAPITAL PARTNERS LIMITED,<br><br>Defendants. | CASE No.: 1:19-cv-10326-JMF<br><br><br><br><br><br>CLASS ACTION |

**PLAINTIFFS' RESPONSE TO DEFENDANTS TIANHUA WU, JOHN FEI ZENG, YONGGANG LIU, LEI FANG, DAVID ERIC FRIEDLAND, VINCENT CHUN HUNG CHEUNG, BINSEN TANG, XIN FAN, JIAN LIU, AND XIAN WANG'S JOINDER IN THE MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FILED BY DEFENDANTS UP FINTECH HOLDING LIMITED, CITIGROUP GLOBAL MARKETS INC., AND DEUTSCHE BANK SECURITIES INC.**

For the same reasons set forth in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint (Dkt. 55), the Court should deny the motion to dismiss as to Defendants Tianhua Wu, John Fei Zeng, Yonggang Liu, Lei Fang, David

1

Eric Friedland, Vincent Chun Hung Cheung, Binsen Tang, Xin Fan, Jian Liu, and Xian Wang under Sections 11 and 15 of the Securities Act of 1933. (Dkt. 78).

Dated: September 14, 2020                     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/Laurence M. Rosen
Laurence M. Rosen
Phillip Kim
Jing Chen
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenleal.com
         pkim@rosenlegal.com
         jchen@rosenlegal.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen