UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY RONGLEY WILLARD, individually and
On behalf of All Others Similarly Situated,
                                  Plaintiff,

         -against-

UP FINTECH HOLDING LIMITED, TIANHUA
WU, JOHN FEI ZENG, YONGGANG LIU, LEI
FANG, DAVID ERIC FRIEDLAND, VINCENT
CHUN HUNG CHEUNG, BINSEN TANG, XIN
FAN, JIAN LIU, XIAN WANG, CITIGROUP
GLOBAL MARKETS INC., DEUTSCHE BANK
SECURITIES INC., AMTD GLOBAL MARKETS
LIMITED, CHINA MERCHANTS SECURITIES
(HK) CO., LIMITED, and TOP CAPITAL
PARTNERS LIMITED,
                                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2021

19 **CIVIL** 10326 (JMF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2021, and the Court's Order dated March 25, 2021, Defendants' motion to dismiss is GRANTED, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff and Defendants by and through undersigned counsel, have stipulated that this action and all claims and defenses asserted therein be dismissed without prejudice. Each party shall bear their own fees and costs. Judgment is hereby entered for the defendants; accordingly, the case is closed.

**Dated:** New York, New York
           March 25, 2021

                                                **RUBY J. KRAJICK**

                                                  Clerk of Court
                               **BY:**
                                                  **Deputy Clerk**